# STATE OF MICHIGAN

# COURT OF APPEALS

EUGENE D'ANDREA and GINA LIVERPOOL,

UNPUBLISHED
June 14, 2018

Plaintiff-Appellants,

v

No. 336501
Wayne Circuit Court
LC No. 07-732049-CZ

AT&T,

Defendant-Appellee.

Before: BORRELLO, P.J., and SAWYER and JANSEN, JJ.

JANSEN, J. (*dissenting*)

I respectfully dissent. In my view, the trial court's misunderstanding of the exact dimensions of the easement was harmless error, and did not affect its ability to adequately comply with this Court's remand instructions. See *D'Andrea v AT&T*, unpublished per curiam opinion of the Court of Appeals, issued August 19, 2014 (Docket No. 315385) (*D'Andrea II*). The fact that the trial court conflated the size of the easement with the size of the new equipment is insignificant in relation to determining whether a trespass occurred in this matter. Accordingly, I find another remand to be unwarranted, and would affirm the trial court's finding that plaintiffs have failed to establish facts that the placement of the equipment constitutes an unreasonable burden on their property, and therefore there can be no trespass.

/s/ Kathleen Jansen

-1-